(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

## Western District of New York

Case No. **25 CV 6491-V**

*(to be filled in by the Clerk's Office)*

Dai'Twon Lee
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Erie county holding center and medical staff

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

JURY TRIAL:  Yes___  No___



UNITED STATES DISTRICT COURT
FILED
SEP 16 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Section VI  Relies : #1 of 3

#1 Erie county Holding center

#2 John C. Garcia    Sheiss
#
#3 Jeff Doe    Nurse Adminstraiton

#4 Jane Doe    Nurse Practioner

Individual capacity And
Formal capacity
#1 $200,460
#2 $resp 125,000
#3 $60,000
#4 $60,000
Total: $445,460
Individual capacity

Formal capacity
#1 $250,000
#2 $164,880
#3 $87,000
#4 $87,000
Total $588,000

Backs →

Official capacity, Formal capacity

| | Official capacity | Formal capacity |
|---|---|---|
| #1 | $200,460 | $250,000 |
| #2 | $125,000 | $164,000 |
| #3 | $~~80,000~~ 60,000 | $87,000 |
| #4 | $~~87,000~~ 60,000 | $87,000 |
| | $445,460 | $588,000 |
| | Official capacity + | Formal capacity |

This official capacity, and formal capacity
is for ~~the~~ Eriecountyholding center violation
of my 8th Amendment as well as civil
rights of the United States Constition.
Pain suffering, mental Anguish

Basis For Claims

Section VI Relief :3083

The basis for these claims is for the deprivation of adequate medical care in violation of the Eighth Amendment. I had a open hand surgery the month of 3/25 and been going to treatment every morning since than while incarcerated. It is now 9/5/25 and i still have a open wound that won't heal without getting surgery. The doctor who did the first surgery informed the facility im currently being held at about having to do surgery again in order for my finger to heal. I have been dropping slips to medical and Sergeants since 7/30/25 about how the pain in my finger has gotten worse and the meds aren't working. I can barely bend my finger do to the pain The nurse Practioner knows about this and only tells me to not get it wet. The nurse adminstraition won't approve of the surgery. My family have made multiple attemps to see why im not getting the medical attention that is needed. The shiff and the jail would only give my family the run around or would just hang up on them. I have wrote grevances 2formal and 2informal. a sergeant talked to me about one of the grevance and told me he had talked to the nurse Practioner and the nurse adminstraition

Turn Over to Back ⇒

he than came to me and told me that he talked to the nurses and that it will not be a Problem with me getting surgery. That was 8/12/25 today is 9/5/25 and i still don't have a date set to get the surgery done as i check every day with nurses. The meds they give me don't work anymore as the Pain have increased I also got a responds back on my formal grevance which was accepted 9/2/25 by Chief Alfonso Harris Da Grevance Coordinator. I would like for those involved to Pay for everyday i have to suffer and deal with this Pain as the days goes by it only continue to get worse i can't sleep cause the Pain i cant Properly use my hand because the Pain and my finger wont bend. I scared I'm going to lose my finger do to infection as it already smells bad and is turning colors. My health and mental is at stake here. I need help Please and Thank you!

# Incident Report

On february 27th me and my fiancee had a fight in are home at 258 leroy Ave buffalo NY, while we were fighting and which was mostly a screaming match her son called the police. Things had settled down 5mins before the cops arrived. I was hold a knife the wrong way and while walking back to the kitchen my fiancee told me i was bleeding i opened my hand to find the i had some how cut 3 of my fingers to the bone i was running my hand under water when the cops arrived they called a ambulance to take me to ecmc where i got stitches and was told i would need surgery asap to fix my tendence i ended up beening arrest for DV after i was stitched up. while being incercerated i was able to goto PT and do my regular checks up's with the doctor who did the surgery. my last appointment with sometime at the end of July he told me he needed to do surgery on my Pinkey in order for it to heal. I have a chunk of flesh coming out of my finger that been there since march. It hurts bad and smells. This is a super health Problem im scared im going to lose my finger because im not getting the Proper medical attention that is needed it's infected. my family have been calling to the Jail to try and get answers as to why im not getting the medical attention that is needed but all the Jail keeps giving them the run around then would hang up on them I need help this wrong i don't want to lose my finger Please help me Thank you.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                              Dai'Twon Lee

All other names by which
you have been known:

ID Number                         140584

Current Institution               Erie County Holding Center

Address                           40 Delaware Ave,

Buffalo                    NY              14202
                              *City*            *State*              *Zip Code*

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                          Jeff Doe
    Job or Title *(if known)*     Nurse Admistraiton
    Shield Number
    Employer                      40 Delaware Ave
    Address                       Erie county Holding Center
                                  Buffalo         NY       14202
                                  *City*          *State*  *Zip Code*
                                  ☑ Individual capacity    ☑ Official capacity

Defendant No. 2
    Name                          Jane ~~Bert~~ Doe
    Job or Title *(if known)*     nurse Peaktioner
    Shield Number
    Employer                      Erie County holding center
    Address                       40 Delaware Ave
                                  Buffalo         NY       14202
                                  *City*          *State*  *Zip Code*
                                  ☑ Individual capacity    ☑ Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name    John C. Garcia

Job or Title *(if known)*    Sheriss

Shield Number

Employer    Erie county Sheriss's ossice

Address    10 Delaware Ave

Buffclo                NY        14202

            *City*            *State*            *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

            *City*            *State*            *Zip Code*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

350 HK 1546    Eighth Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

(Rev 01/21) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)*  Still being held at the holding center

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

2/27/25    258 Leroy Ave Apt upper Buffalo, NY 14214

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

2/27/25    10:40 Pm

D.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

I had cut 3 of my fingers to the bone by accident i was taking to ecmc where i was told i will need surgery for my tendence. they stitched me up then went to jail for violation of order Protection and a fight.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had surgery on my ring finger and Pinky i go to treatment everyday they change the bandaid every morning. I requested meds and for my Surgery to get approved which havent been done.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like the court to rule in my favore for medical malpractice See Attached.

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Erie county holding center*

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*Not receiving the medical attention that's needed*

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   <u>Erie county holding Center</u>

2. What did you claim in your grievance?

   <u>My medical needs are being ignored i need surgery</u>

3. What was the result, if any?

   <u>My formal grievance Just came back Accepted today 9/3/25</u>

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   <u>I wrote formal and informal grievance's i haven't gotten any thing back on my formal grievances and on my informal grivance i was told i should be off by sgt Bott. 2 weeks have Passed and they still haven't accepted or approved my surgery.</u>

(Rev 01/21) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

_____

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I have dropped a bunch of medical slips about the Pain and infection*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

VIII.    **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

(Rev 01/21) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

IX.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8/28/25

Signature of Plaintiff    Dai'twon Lee

Printed Name of Plaintiff    Dai'Twon Lee

Prison Identification #    140584

Prison Address    40 Delaware Ave

Buffalo                    NY    14202

City                    State    Zip Code

B.    **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City            State        Zip Code

Telephone Number

E-mail Address

Print    Save As...    Add Attachment    Reset

NAME: Dai Twon Lee   ICN# 170584

ERIE COUNTY HOLDING CENTER
40 DELAWARE AVENUE
BUFFALO, NEW YORK 14202-3999

USDC - WDNY

SEP 1 6 2025

BUFFALO

Correction

US POSTAGE PITNEY BOWES

ZIP 14202
02 7H
0006102069

$ 001.36⁰

SEP 12 2025

APPROVED SEP 1 2 2025

United States court western
District of New York
Robert H. Jackson U.S Courthouse
2 Niagara Square, Buffalo, NY 14202

$ 1.36